# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# ASHLAND DIVISION

IN RE:  LARRY G BURTON
       WANDA L BURTON                        Case Number:   08-10620
       Debtors

## NOTICE OF NO DISCHARGE

Notice is hereby given that pursuant to 11 USC 1328(f) the Debtors, Larry G. Burton and Wanda L. Burton, will not receive a discharge in this case upon completion of payments under the plan on the grounds that the Debtors received a discharge::

(1) in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the commencement of this case, OR

(2) in a case filed under chapter 13 during the 2-year period preceding the date of the commencement of this case.

## CERTIFICATE OF SERVICE

It is hereby certified that a true copy of the foregoing was mailed on 10/23/2013 to the persons indicated either by mail or electronically.

    /s/   Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527

LARRY G BURTON                            BELHASEN, FRANKLEN K.
WANDA L BURTON                           814 SOUTH MAYO TRAIL
P O BOX 1938                                   PAINTSVILLE , KY  41240-1384
SALYERSVILLE, KY  41465